STATE OF NEW JERSEY v. THOMAS JACOBS.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY FOY.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER B. BROWN.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK BURBIC.

November 2, 1987.

Petition for certification denied.